UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Robert Anthony Crudup**                     **Docket No. 5:11-CR-73-2FL**
Petition for Action on Supervised Release

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Robert Anthony Crudup, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute 28 Grams or More of Cocaine Base(Crack), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on September 12, 2011, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

    Robert Anthony Crudup was released from custody on August 14, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant received mental health treatment while in the custody of the Bureau of Prisons. The defendant continued mental health treatment while transitioning to the community and would like to continue mental health treatment while on supervised release. He will be referred to First Step Services and received counseling there if approved by the court.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Christopher Studley |
| Michael C. Brittain | Christopher Studley |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8669 |
| | Executed On: August 17, 2015 |

**Robert Anthony Crudup**
**Docket No. 5:11-CR-73-2FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___17th___ day of ___August___, 2015 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge